UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:21-02056 GW (ADS)                              Date:  April 18, 2022

Title:  _Maceo Jones v. Casoin_

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):     Attorney(s) Present for Respondent(s):
None Present                                                 None Present

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS**

Petitioner Maceo Jones filed a Petition for Writ of Habeas Corpus. (Dkt. No. 1.) On March 24, 2022, an Order Regarding Screening of Petition was issued. (Dkt. No. 5.) On April 12, 2022, the Court received returned mail. (Dkt. No. 6.)

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. L.R. 41-6. Therefore, Petitioner is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Petitioner may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Petitioner's response is due no later than **May 2, 2022**.

**Petitioner is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

IT IS SO ORDERED.

Initials of Clerk kh